**Bernard S. JENKINS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 04–3221.

United States Court of Appeals, Federal Circuit.

June 24, 2004.

Bernard S. Jenkins, of Counsel, Fort Eustis, VA, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Sarah GLEN, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 04–3283.

United States Court of Appeals, Federal Circuit.

June 25, 2004.

John H. Williamson, Principal Attorney, David M. Cohen, Deborah A. Bynum, of Counsel, Department of Justice, Washington, DC, for Respondent.

Sarah Glen, of Counsel, Middletown, RI, pro se.

**ORDER**

The order of dismissal and the mandate dated June 21, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.